1
2
3
4
5
6
7
8      **IN THE UNITED STATES DISTRICT COURT**

9      **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    CHRISTOPHER WRIGHT,                    No. CIV S-06-0475-MCE-CMK-P

12              Plaintiff,

13        vs.                                          <u>ORDER</u>

14    RODERICK HICKMAN, et al.,

15              Defendants.

16    _____/

17        To:    The Director of the California Department of Corrections and Rehabilitation,
                 1515 S Street, Sacramento, California 95814:
18

19              Plaintiff, a state prisoner proceeding pro se and in forma pauperis, is obligated to

20    pay the full statutory filing fee for this action.  Plaintiff will be obligated to make monthly

21    payments in the amount of twenty percent of the preceding month's income credited to

22    plaintiff's trust account.  The California Department of Corrections and Rehabilitation is

23    required to send to the Clerk of the Court payments from plaintiff's prison trust account each

24    time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full.  <u>See</u>

25    28 U.S.C. § 1915(b)(2).

26    / / /

1

Good cause appearing therefor, IT IS HEREBY ORDERED that:

1.    The Director of the California Department of Corrections and Rehabilitation, or a designee, shall collect from plaintiff's prison trust account the filing fee by collecting monthly payments from plaintiff's prison trust account in an amount equal to twenty percent (20%) of the preceding month's income credited to the prisoner's trust account and forwarding payments to the Clerk of the Court each time the amount in the account exceeds $10.00 in accordance with 28 U.S.C. § 1915(b)(2), such payments to be clearly identified by the name and number assigned to this action;

2.    The Clerk of the Court is directed to serve a copy of this order and a copy of plaintiff's signed in forma pauperis affidavit to the address shown above; and

3.    The Clerk of the Court is further directed to serve a copy of this order on the Financial Department of the court.


DATED:   April 5, 2006.


CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

2