IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER WRIGHT, | No. CIV S-06-0475-MCE-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| RODERICK HICKMAN, et al., | |
| Defendants. | |
| _____ / | |

       Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion for an extension of time (Doc. 10), filed on June 15, 2006.

       On June 8, 2006, the court dismissed plaintiff's complaint with leave to amend and directed plaintiff to file a first amended complaint within 30 days. Plaintiff now seeks an additional 30 days to comply. Good cause appearing therefor, the request will be granted. Plaintiff is warned that failure to comply with the court's prior order within the time provided in this order may result in dismissal of this action for lack of prosecution and failure to comply with court orders and rules. See Local Rule 11-110.

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time is granted; and
2. Plaintiff shall file a first amended complaint by August 8, 2006.

DATED: June 20, 2006.

                     **CRAIG M. KELLISON**
                     UNITED STATES MAGISTRATE JUDGE