IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER WRIGHT,

    Plaintiff,                    No. CIV S-06-0475 MCE CMK P

    vs.

RODERICK HICKMAN, et al.,

    Defendants.              ORDER

_____/

        Plaintiff has filed a second request for the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Plaintiff's request for the appointment of counsel will therefore be denied.

/////

/////

/////

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's August 7, 2006 second
2  request for the appointment of counsel is denied.

4  DATED: August 16, 2006.

  
6  _____
   **CRAIG M. KELLISON**
7  UNITED STATES MAGISTRATE JUDGE

   /bb
8  wrig 06cv0475.31(2)